IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-D-2282-(MJW)  04-CV-02282-WYD-MJW

AMY GARRIS and CHRISTOPHER GARRIS

    Plaintiffs,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION
RETIREMENT FUND, a New York corporation.

    Defendant.

---

[Proposed] ORDER ON UNOPPOSED MOTION FOR MODIFICATION TO SCHEDULING ORDER

(Docket No. 21)

---

The Court having considered the unopposed motion for a modification to the Scheduling Order in this case, and finding good cause therefore:

IT IS HEREBY ORDERED

That the Scheduling Order is modified to provide that the date of Section 7.d (3) is changed to November 1, 2005 (Disclosure by party with burden on the issue) and the date of Section 7.d (4) is changed to December 1, 2005 (Disclosure by responding party).

Date: August 2, 2005

United States Magistrate Judge
MICHAEL J. WATANABE