IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2282-WYD-MJW

AMY GARRIS., et al.,

Plaintiff(s),

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION RETIREMENT FUND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Plaintiff's Application for Order Shortening Time for Response by Defendant to Plaintiff's Motion to Compel (docket no. 24) is DENIED.

     It is **FURTHER ORDERED** that counsel for Plaintiff shall use the proper case number on all future motions or pleadings filed with this court. The proper case number is 04-CV-02282-WYD-MJW and **not** 04-D-2282 (MJW). Failure to use the proper case number may result in this court denying any motion filed summarily.

Date:  August 25, 2005