IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02282-WYD-MJW

AMY GARRIS., et al.,

Plaintiff(s),

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION RETIREMENT FUND,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Plaintiff's Motion to Compel Answer to Interrogatory (docket no. 24) is **DENIED.**  The Defendant has answered the subject interrogatory fully based upon knowledge that the Defendant possesses.  In Defendant's response, the Defendant has further informed the Plaintiff that it did not make the subject change in the subject retirement application and does not know who did. See page 2 of response by Defendant to the subject motion. See also American Oil Co. v. Pennsylvania Petroleum Products Co., 23 F.R.D. 680, 683 (D.R.I. 1959).

Date:  September 8, 2005