IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02282-WYD-MJW

AMY GARRIS and
CHRISTOPHER GARRIS,

     Plaintiffs,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION RETIREMENT FUND, a New York
corporation,

     Defendant.
_____

## ORDER GRANTING DISMISSAL WITH PREJUDICE
_____

     THE COURT, having considered the Stipulated Motion for Dismissal With

Prejudice filed by the parties on November 4, 2005, and being fully advised in the

premises, hereby

     ORDERS that all of Plaintiffs' claims in this action are **DISMISSED WITH**

**PREJUDICE**, each party to bear his, her or its own costs and attorneys fees.

     Dated:  November 9, 2005

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge